**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** HSI

**City** Holbrook, Boston, Braintree      **Related Case Information:**

**County** Suffolk, Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Quenty OGANDO     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): 1978    SSN (last4#): _____    Sex: M    Race: _____    Nationality: Dominican

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Jennifer Zacks     Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date** 11/22/2022

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Suffolk    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/8/2022     Signature of AUSA: *Jennifer Zacks*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl | 1 |
| Set 2 | 21 USC § 853 | drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

| Related Search Warrant Case Numbers | | |
|---|---|---|
| 22-MJ-4452-DHH | 22-MJ-4482-DHH | 22-MJ-4617-DHH |
| 22-MJ-4453-DHH | 22-MJ-4483-DHH | 22-MJ-4618-DHH |
| 22-MJ-4454-DHH | 22-MJ-4517-DHH | 22-MJ-4619-DHH |
| 22-MJ-4455-DHH | 22-MJ-4583-DHH | 22-MJ-4620-DHH |
| 22-MJ-4456-DHH | 22-MJ-4584-DHH | 22-MJ-4621-DHH |
| 22-MJ-4457-DHH | 22-MJ-4585-DHH | 22-MJ-4622-DHH |
| 22-MJ-4458-DHH | 22-MJ-4586-DHH | 22-MJ-4623-DHH |
| 22-MJ-4459-DHH | 22-MJ-4587-DHH | 22-MJ-4624-DHH |
| 22-MJ-4460-DHH | 22-MJ-4588-DHH | 22-MJ-4625-DHH |
| 22-MJ-4461-DHH | 22-MJ-4589-DHH | 22-MJ-4626-DHH |
| 22-MJ-4462-DHH | 22-MJ-4590-DHH | 22-MJ-4627-DHH |
| 22-MJ-4463-DHH | 22-MJ-4591-DHH | 22-MJ-4628-DHH |
| 22-MJ-4464-DHH | 22-MJ-4592-DHH | 22-MJ-4629-DHH |
| 22-MJ-4465-DHH | 22-MJ-4593-DHH | 22-MJ-4630-DHH |
| 22-MJ-4466-DHH | 22-MJ-4594-DHH | 22-MJ-4631-DHH |
| 22-MJ-4467-DHH | 22-MJ-4595-DHH | 22-MJ-4632-DHH |
| 22-MJ-4468-DHH | 22-MJ-4596-DHH | 22-MJ-4633-DHH |
| 22-MJ-4469-DHH | 22-MJ-4597-DHH | 22-MJ-4634-DHH |
| 22-MJ-4470-DHH | 22-MJ-4598-DHH | 22-MJ-4635-DHH |
| 22-MJ-4471-DHH | 22-MJ-4599-DHH | 22-MJ-4636-DHH |
| 22-MJ-4472-DHH | 22-MJ-4600-DHH | 22-MJ-4637-DHH |
| 22-MJ-4473-DHH | 22-MJ-4601-DHH | 22-MJ-4638-DHH |
| 22-MJ-4474-DHH | 22-MJ-4602-DHH | 22-MJ-4639-DHH |
| 22-MJ-4475-DHH | 22-MJ-4609-DHH | 22-MJ-4640-DHH |
| 22-MJ-4476-DHH | 22-MJ-4610-DHH | 22-MJ-4641-DHH |
| 22-MJ-4477-DHH | 22-MJ-4612-DHH | 22-MJ-4642-DHH |
| 22-MJ-4478-DHH | 22-MJ-4613-DHH | 22-MJ-4643-DHH |
| 22-MJ-4479-DHH | 22-MJ-4614-DHH | 22-MJ-4645-DHH |
| 22-MJ-4480-DHH | 22-MJ-4615-DHH | |
| 22-MJ-4481-DHH | 22-MJ-4616-DHH | |